# Exhibit A

 **Maryland Department of Assessments and Taxation**

**Taxpayer Services Division**
301 West Preston Street ▓ Baltimore, MD 21201   (2007 vw1.1)

Main Menu | Security Interest Filings (UCC) | Business Entity Information (Charter/Personal Property) New Search | Rate Stabilization Notices | Get Forms | Certificate of Status | SDAT Home

**Taxpayer Services Division**

**Entity Name: BP SOLAR INTERNATIONAL INC.
Dept ID #: F07928864**

| General Information | Amendments | Personal Property | Certificate of Status |

| | |
|---|---|
| **Principal Office (Current):** | 4101 WINFIELD ROAD<br>WARRENVILLE, IL 60555 |
| **Resident Agent (Current):** | THE CORPORATION TRUST INCORPORATED<br>300 E LOMBARD ST.<br>BALTIMORE, MD 21202 |
| **Status:** | INCORPORATED |
| **Good Standing:** | Yes |
| **Business Code:** | Ordinary Business - Stock |
| **Date of Formation or Registration:** | 04/28/2004 |
| **State of Formation:** | DE |
| **Stock/Nonstock:** | Stock |
| **Close/Not Close:** | Unknown |

**Link Definition**

| | |
|---|---|
| **General Information** | General information about this entity |
| **Amendments** | Original and subsequent documents filed |
| **Personal Property** | Personal Property Return Filing Information and Property Assessments |
| **Certificate of Status** | Get a Certificate of Good Standing for this entity |